**STATE of Missouri, Respondent,**

v.

**Alonzo McCLENDON, Appellant.**

No. 73319.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 30, 1998.

Lance Eberhart, Asst. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for Respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Defendant Alonzo McClendon appeals from the judgment entered after a jury convicted him of one count of forcible rape in violation of section 566.030, RSMo 1994, and one count of forcible sodomy in violation of section 566.060, RSMo 1994. In his appeal,

Defendant contends the trial court erred in overruling his objection, pursuant to *Batson v. Kentucky*, 476 U.S. 79, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986), to the State's peremptory strike of two African–American venirepersons.

We have reviewed the briefs of the parties and the record on appeal and find no clear error. *State v. Gray*, 887 S.W.2d 369, 385 (Mo. banc 1994). An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).